UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE MAZA, | No. CV 09-4547 ODW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA WARREN, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 22, 2010

OTIS D. WRIGHT, II
United States District Judge